**Order filed October 29, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00568-CV
_____

**LIZZIE J. LOVALL, INDIVIDUALLY; KEITH L. SHAW; INDIVIDUALLY; KENNETH L. YOUNG; INDIVIDUALLY; KIM L. SHAW, INDIVIDUALLY, Appellants**

**V.**

**HARRIS COUNTY, TEXAS, INDIVIDUALLY, OFFICIALLY AND VICARIOUSLY; MAY WALKER, CONSTABLE, PRECINCT 7, INDIVIDUALLY; RUTH MCDUGLE, INDIVIDUALLY; DARLA TURNER, INDIVIDUALLY; JOHN K. GEORGE, OFFICIALLY, INDIVIDUALLY; GOW-MING CHAO, INDIVIDUALLY; ET AL, Appellees**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-23410**

## ORDER

This appeal is from an order signed May 20, 2013. Appellants filed a notice of appeal on June 20, 2013. Appellants filed a motion to proceed in forma pauperis and an affidavit of indigence on October 7, 2013.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the Harris County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

The official court reporter for the 190th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM